AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>PAYNE, ROBERT E | 2. Court or Organization<br><br>USDC EDVA Richmond | 3. Date of Report<br><br>08/13/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Article III - Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>United States District Court<br>701 E. Broad Street, Suite 7310<br>Richmond, Virginia 23219 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2 | |
| 3. | |
| 4. | |
| 5 | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1 | |
| 2 | |
| 3 | |

RECEIVED 2009 AUG 21 A 10: 58 FINANCIAL DISCLOSURE OFFICE

Payne, Robert E

| Name of Person Reporting | Date of Report |
|---|---|
| PAYNE, ROBERT E. | 08/13/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1 | | | |
| 2. | | | |
| 3 | | | |
| 4 | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children, see pp 25-27 of filing instructions )*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Washingon & Lee University School of Law | January - April 2008 | Lexington, Virginia | Teach | Lodging provided once a week at approximately $100 for 12 weeks |
| 2. | | | | | |
| 3 | | | | | |
| 4. | | | | | |
| 5 | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAYNE, ROBERT E. | 08/13/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts )*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1 | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Visa (AARP) | Credit card | K |
| 2. | | | |
| 3 | | | |
| 4. | | | |
| 5 | | | |

ATTACHMENT VII A

This is a Smith Barney Rollover IRA account (48). The assets in it are purchased and sold, along with the assets of many others who hold similar accounts, in the discretion of the account managers at the brokerage firm. However, I have the authority to veto a particular purchase if it would create a conflict of interest in a pending action over which I am presiding at the time of purchase.

This IRA account has been reported every year since 1992 (the initial report) in a method authorized by the Committee's staff (e.g. letter to Judge Magill dated October 8, 1997). That authorized method reported no details on individual stocks in the IRA account. I continue to believe that the approved format used since 1992 is appropriate. However, by letter dated October 29, 1997, Judge Magill advised that "it would be helpful if you provided transaction information (the date and value code) for each purchase or sale of each asset in the account." Although that information is not, I think, required, it is being provided to be helpful. Hence, the format for reporting on this IRA account differs from that used in the years from 1992 through 1997.

As reported in 2006, all stocks in a similar account (49) were sold or transferred into this account. See 2005 Report, Attachment VII B. Account No. 49 is now a self-directed IRA and is the subject of Attachment VII B hereto.

| Name of Person Reporting | Date of Report |
|---|---|
| PAYNE, ROBERT E. | 08/13/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g., div , rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Smith Barney Mgd Mun. Fund* | A | Int./Div | | T | | | | | |
| 2. Smith Barney Mgd Mun Fund (48)* | | | N | T | SEE ATTACHMENT VII A | | | | |
| 3. Smith Barney Rollover Acct (49)* | | | M | T | SEE ATTACHMENT VII B | | | | |
| 4. Ninth & Cary Assoc. | | | | | SEE ATTACHMENT VII C | | | | |
| 5. Smith Barney Mgd IRA Acct 16(8)* | | | | | SEE ATTACHMENT VII D | | | | |
| 6. Mallen Research Ltd Pshp | | | J | T | | | | | |
| 7 | | | | | | | | | |
| 8 * An IRA does not generate income even if the stocks within the IRA are sold at a gain or pay dividend. There is, therefore, no income | | | | | | | | | |
| 9. to report in the IRA. Nor is a gain or a dividend tax deferred income. However, Attachments A and B sets forth under the heading "B" entries | | | | | | | | | |
| 10 reflecting dividends and interest paid within the IRA and under the heading "D" entries reflecting gains within the IRA. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13 ATTACHMENT VII A | | | | | | | | | |
| 14. AEL STOCK "COMMON STOCK HELD AS OF 12/31/08 | | | | | | | | | |
| 15 Coviden Ltd | A | Dividend | J | T | | | | | |
| 16 Noble Corp | A | Dividend | J | T | | | | | |
| 17 Seagate Technology | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ALL STOCKS COMMON STOCK HELD AS OF 12/31/08 | | | | | | | | | |
| 18    Tyco Intl Ltd | A | Dividend | J | T | | | | | |
| 19.   Tyco Electronics Ltd | A | Dividend | J | T | | | | | |
| 20.   Weatherford Intl Ltd | | | J | T | | | | | |
| 21    UBS AG | A | Dividend | J | T | Buy | 06/03 | J | | |
| 22    UBS AG | A | Dividend | J | T | Buy | 07/18 | J | | |
| 23    UBS AG | A | Dividend | J | T | Buy | 08/12 | J | | |
| 24    ASML Hldg | A | Dividend | J | T | Buy | 09/29 | J | A | |
| 25.   ASML Hldg | A | Dividend | J | T | Buy | 09/30 | J | A | |
| 26.   ASML Hldg | A | Dividend | J | T | Buy | 10/07 | J | A | |
| 27.   AFLAC, Inc | A | Dividend | J | T | Buy | 10/14 | J | A | |
| 28.   AT&T Inc | | | J | T | | | | | |
| 29.   Air Prod & Chem Inc | A | Dividend | J | T | | | | | |
| 30.   Akzo Nobel Nv | A | Dividend | J | T | Buy | 07/18 | J | | |
| 31.   Allied Irish Bks | A | Dividend | J | T | Buy | 02/27 | | | |
| 32    Allied Irish Bks | A | Dividend | J | T | Buy | 02/29 | | | |
| 33.   Altria Gp Inc | A | Dividend | J | T | | | | | |
| 34    Amazon Com Inc | | | J | T | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAYNE, ROBERT E. | 08/13/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

B

12/31/08

J

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAYNE, ROBERT E. | 08/13/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div, rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ALL STOCK COMMON STOCK HELD AS OF 12/31/08 | | | | | | | | | |
| 52    Broadcom Corp | | | J | T | | | | | |
| 53.    CRH PLC | A | Dividend | J | T | Buy | 08/13 | J | | |
| 54.    CVS Caremark Corp | A | Dividend | J | T | Buy | 10/24 | J | A | |
| 55.    CVS Caremark Corp | A | Dividend | J | T | Buy | 11/06 | J | | |
| 56    Cablevision Sys Corp | A | Dividend | J | T | | | | | |
| 57.    Capital One Finl Corp | A | Dividend | J | T | Buy | 03/12 | J | | |
| 58    Celegene Corp | | | J | T | Buy | 12/02 | J | A | |
| 59.    Celegene Corp | | | J | T | Buy | 12/03 | J | A | |
| 60    Chubb Corp | A | Dividend | J | T | | | | | |
| 61.    Cisco Sys Inc | | | J | T | | | | | |
| 62    Coca-Cola Co | A | Dividend | J | T | | | | | |
| 63.    Comcast Corp | A | Dividend | J | T | Buy | 03/14 | J | | |
| 64.    Conoco Phillips | A | Dividend | J | T | | | | | |
| 65.    Credit Suisse GP | | | J | T | | | | | |
| 66.    Cree Inc | | | J | T | | | | | |
| 67    Dell Inc | | | J | T | | | | | |
| 68.    Devon Energy | A | Dividend | J | T | Buy | 06/10 | J | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| PAYNE, ROBERT E. | - | 08/13/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g, div., rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ALL STOCK COMMON STOCK HELD AS OF 12/31/08 | | | | | | | | | |
| 69    Devon Energy | A | Dividend | J | T | Buy | 06/11 | J | | |
| 70.   Devon Energy | A | Dividend | J | T | Buy | 06/12 | J | | |
| 71    Devon Energy | A | Dividend | J | T | Buy | 06/13 | J | | |
| 72.   Devon Energy | A | Dividend | J | T | Buy | 06/16 | J | | |
| 73.   Devon Energy | A | Dividend | J | T | Buy | 06/17 | J | | |
| 74.   Devon Energy | A | Dividend | J | T | Buy | 06/19 | J | | |
| 75    Devon Energy | A | Dividend | J | T | Buy | 08/07 | J | | |
| 76.   Walt Disney Co | A | Dividend | J | T | | | | | |
| 77.   Dish Network Corp | | | J | T | Buy | 10/10 | J | | |
| 78    Dish Network Corp | | | J | T | Buy | 11/25 | J | A | |
| 79.   Dolby Labs Inc | | | J | T | Buy | 10/16 | J | A | |
| 80.   Dolby Labs Inc | | | J | T | Buy | 10/27 | J | A | |
| 81.   Dolby Labs Inc | | | J | T | Buy | 10/28 | J | A | |
| 82.   El DePont de Nemours | A | Dividend | J | T | | | | | |
| 83.   E.ON AG | A | Dividend | J | T | | | | | |
| 84    Ebay Inc | | | J | T | | | | | |
| 85    Echostar Corp | | | J | T | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAYNE, ROBERT E. | 08/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions )*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g, buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ALL STOCK COMMON STOCK HELD AS of 12/31/08 | | | | | | | | | |
| 86 El Paso Corp | | | J | T | Buy | 10/29 | J | | |
| 87 Electronic Arts | | | J | T | Buy | 11/21 | J | | |
| 88. Embarq Corp | A | Dividend | J | T | | | | | |
| 89. Ericsson Lm Tel | A | Dividend | J | T | | | | | |
| 90. Expedia Inc | | | J | T | Buy | 06/25 | J | | |
| 91. Exxon Mobil Corp | A | Dividend | J | T | Buy | 10/30 | J | A | |
| 92. Fanuc Ltd Japan | | | J | T | Buy | 12/04 | J | A | |
| 93. Fanuc Ltd Japan | | | J | T | Buy | 12/24 | J | A | |
| 94 First Solar Inc | | | J | T | Buy | 12/02 | J | A | |
| 95. First Solar Inc | | | J | T | Buy | 12/03 | J | A | |
| 96 Fluor Corp | A | Dividend | J | T | Buy | 11/19 | J | A | |
| 97 Fluor Corp | A | Dividend | J | T | Buy | 11/20 | J | A | |
| 98. Forest Labs Inc | | | J | T | | | | | |
| 99. France Telecom SA | A | Dividend | J | T | Buy | 03/25 | J | | |
| 100 France Telecom SA | A | Dividend | J | T | Buy | 05/20 | J | | |
| 101 Genetech Inc | | | J | T | | | | | |
| 102. General Elec Co | A | Dividend | J | T | Buy | 04/15 | J | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAYNE, ROBERT E. | 08/13/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ALL STOCK COMMON STOCK HELD AS OF 12/31/08 | | | | | | | | | |
| 103. Genzyme Corp | | | J | T | | | | | |
| 104. Google Inc | | | J | T | Buy | 09/22 | J | | |
| 105. Google Inc | | | J | T | Buy | 09/23 | J | | |
| 106. Google Inc | | | J | T | Buy | 10/24 | J | | |
| 107. Google Inc | | | J | T | Buy | 12/29 | J | | |
| 108 HSBC Hldg PLC | A | Dividend | J | T | Buy | 10/07 | J | | |
| 109 Halliburton Co Hldg | A | Dividend | J | T | Buy | 09/22 | J | | |
| 110. Home Depot Inc | A | Dividend | J | T | Buy | 01/14 | J | | |
| 111. Honda Motor Co Ltd | A | Dividend | J | T | | | | | |
| 112. ING GP NV | A | Dividend | J | T | Buy | 10/07 | J | | |
| 113. Intel Corp | A | Dividend | J | T | | | | | |
| 114. Intl Bus Mach Corp | A | Dividend | J | T | | | | | |
| 115 JP Morgan Chase & Co | A | Dividend | J | T | | | | | |
| 116. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 117 Juniper Networks Inc | | | J | T | Buy | 10/23 | J | A | |
| 118 Juniper Networks Inc | | | J | T | Buy | 10/24 | J | A | |
| 119. Juniper Networks Inc | | | J | T | Buy | 11/06 | J | A | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAYNE, ROBERT E. | 08/13/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **A.T.T. STOCK COMMON STOCK HELD AS OF 12/31/08** | | | | | | | | | |
| 120  Juniper Networks Inc | | | J | T | Buy | 11/07 | J | A | |
| 121.  Kimberly Clark Corp | A | Dividend | J | T | Buy | 05/06 | J | .. | |
| 122.  Kimaberly Clark Corp | A | Dividend | J | T | Buy | 07/23 | J | | |
| 123.  Koninklijke Phillips Elec | A | Dividend | J | T | Buy | 10/08 | J | | |
| 124.  Kraft Foods Inc | A | Dividend | J | T | | | | | |
| 125.  L3 Comm Hldgs Inc | A | Dividend | J | T | | | | .. | |
| 126  Liaberty Global Inc | | | J | T | | | | | |
| 127.  Liberty Media Hldg | | | J | T | Buy | 06/04 | J | | |
| 128.  Liaberty Media Hldg | | | J | T | Buy | 06/11 | J | | |
| 129  Liberty Media Hldg | | | J | T | Buy | 06/27 | J | | |
| 130.  Liberty Media Corp | | | J | T | Buy | 03/27 | J | | |
| 131.  Loews Corp | A | Dividend | J | T | | | | | |
| 132  Lorillard Inc | A | Dividend | J | T | Buy | 09/16 | J | | |
| 133.  Lorillard Inc | A | Dividend | J | T | Buy | 10/06 | J | | |
| 134  Manulife Finl Corp | A | Dividend | J | T | Buy | 06/20 | J | | |
| 135.  Marsh & McLennan Cos | A | Dividend | J | T | | | | | |
| 136.  Marshal & Isley Corp | A | Dividend | J | T | Buy | 10/14 | J | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAYNE, ROBERT E.    -                   . | 08/13/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ALL STOCK COMMON STOCK HELD AS OF 12/31/08 | | | | | | | | | |
| 137. McDonalds Corp | A | Dividend | J | T | | | | | |
| 138 Microsoft Corp | A | Dividend | J | T | | | | | |
| 139. Mitsubishi UFS Finl | A | Dividend | J | T | | | | | |
| 140 NASDAQ Omx Gp Inc | | | J | T | Buy | 05/07 | J | | |
| 141 NASDAQ Omx Gp Inc | | | J | T | Buy | 06/11 | J | | |
| 142. NASDAQ Omx Gp Inc | | | J | T | Buy | 07/09 | J | | |
| 143. Natl Oilwell Varco Inc | | | J | T | Buy | 10/24 | J | | |
| 144. Natl Oilwell Varco Inc | | | J | T | Buy | 10/27 | J | | |
| 145. News Corp | A | Dividend | J | T | | | | | |
| 146 Novartis AG | A | Dividend | J | T | | | | | |
| 147 Nvidia Corp | | | J | T | Buy | 05/30 | J | | |
| 148 Nvidia Corp | | | J | T | Buy | 06/02 | J | | |
| 149. Nvidia Corp | | | J | T | Buy | 07/08 | J | | |
| 150 Pall Corp | A | Dividend | J | T | | | | | |
| 151. Pepsico Inc | A | Dividend | J | T | | | | | |
| 152 Pfizer Inc | A | Dividend | J | T | | | | | |
| 153. Phillip Morris Intl | A | Dividend | J | T | | | | | |

1 Income Gain Codes     A =$1,000 or less     B =$1,001 - $2,500     C =$2,501 - $5,000     D =$5,001 - $15,000     E =$15,001 - $50,000
  (See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2 Value Codes     J =$15,000 or less     K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
  (See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
      P3 =$25,000,001 - $50,000,000     P4 =More than $50,000,000
3 Value Method Codes     Q =Appraisal     R =Cost (Real Estate Only)     S =Assessment     T =Cash Market
  (See Column C2)     U =Book Value     V =Other     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| PAYNE, ROBERT E. | 08/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ALL STOCK COMMON STOCK HELD AS OF 12/31/08 | | | | | | | | | |
| 154. Precision Drilling | A | Dividend | J | T | | | | | |
| 155. Procter & Gamble Co | A | Dividend | J | T | | | | | |
| 156. Qualcomm Inc | A | Dividend | J | T | Buy | 10/06 | J | | |
| 157. Qualcomm Inc | A | Dividend | J | T | Buy | 10/07 | J | | |
| 158. Qualcomm Inc | A | Dividend | J | T | Buy | 10/10 | J | | |
| 159. Qualcomm Inc | A | Dividend | J | T | Buy | 10/17 | J | | |
| 160. Qualcomm Inc | A | Dividend | J | T | Buy | 11/12 | J | | |
| 161. Raytheon Co | A | Dividend | J | T | | | | | |
| 162. Reed Elsever NV | A | Dividend | J | T | Buy | 02/19 | J | | |
| 163. Reed Elsever NV | A | Dividend | J | T | Buy | 03/10 | J | | |
| 164. Rio Tints PLC | A | Dividend | J | T | Buy | 10/16 | J | | |
| 165. Rio Tints PLC | A | Dividend | J | T | Buy | 10/22 | J | | |
| 166. Roche Hldg | A | Dividend | J | T | Buy | 09/15 | J | | |
| 167. Roche Hldg | A | Dividend | J | T | Buy | 09/16 | J | | |
| 168. Roche Hldg | A | Dividend | J | T | Buy | 09/16 | J | | |
| 169. Roche Hldg | A | Dividend | J | T | Buy | 09/23 | J | | |
| 170. Royal bk Scotland GP | A | Dividend | J | T | Buy | 07/22 | J | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAYNE, ROBERT E. | 08/13/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g., div., rent, or int ) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ALL STOCK COMMON STOCK HELD AS OF 12/31/08 | | | | | | | | | |
| 171.  Royal Bk Scotland GP | A | Dividend | J | T | Buy | 10/23 | J | | |
| 172.  Royal Dutch Shell | A | Dividend | J | T | Buy | 06/09 | J | | |
| 173   Sandisk Corp | A | Dividend | J | T | Buy | 03/17 | J | | |
| 174.  Sandisk Corp | A | Dividend | J | T | Buy | 07/09 | J | | |
| 175.  Sanofi-Aventis | A | Dividend | J | T | | | | | |
| 176.  Scripps Network Inter | A | Dividend | J | T | Buy | 08/07 | J | | |
| 177   Sears Hldgs Corp | | | J | T | Buy | 01/07 | J | | |
| 178.  Sears Hldgs Corp | | | J | T | Buy | 01/10 | J | | |
| 179.  Sears Hldgs Corp | | | J | T | Buy | 01/11 | J | | |
| 180.  Sears Hldgs Corp | | | J | T | Buy | 03/17 | J | | |
| 181.  Sempra Energy | A | Dividend | J | T | | | | | — - |
| 182   Shin Etsu Chem Co | | | J | T | Buy | 12/04 | J | A | |
| 183   Sprint Nextel Corp | | | J | T | Buy | 06/02 | J | | |
| 184   Suncor Energy Inc | A | Dividend | J | T | | | | | |
| 185.  TNT NV | A | Dividend | J | T | Buy | 02/19 | J | | |
| 186.  TNT NV | A | Dividend | J | T | Buy | 03/26 | J | | |
| 187   TNT NV | A | Dividend | J | T | Buy | 06/20 | J | | |

| 1. Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAYNE, ROBERT E. | 08/13/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) <br><br> Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ALL STOCK COMMON STOCK HELD AS OF 12/31/08 | | | | | | | | | |
| 188. TNT NV | A | Dividend | J | T | Buy | 10/08 | J | | |
| 189. Target Corp | A | Dividend | J | T | | | | | |
| 190. Technip ADR | A | Dividend | J | T | Buy | 03/25 | J | | |
| 191. Telefonica SA | A | Dividend | J | T | Buy | 08/12 | J | | |
| 192. Telus Corp | A | Dividend | J | T | Buy | 12/17 | K | A | |
| 193. Texas Inst Inc | A | Dividend | J | T | | | | | |
| 194. Time Warner Inc | A | Dividend | J | T | | | | | |
| 195. Total SA | A | Dividend | J | T | Buy | 08/07 | J | | |
| 196. Total SA | A | Dividend | J | T | Buy | 09/23 | J | | |
| 197. Travelers Cos | A | Dividend | J | T | | | | | |
| 198. Unilever PLC | A | Dividend | J | T | Buy | 03/25 | J | | |
| 199. UnitedHealth GP | A | Dividend | J | T | Buy | 10/28 | J | A | |
| 200. Verizon Comm | A | Dividend | J | T | Buy | 07/23 | J | | |
| 201. Vertex Pharmaceuticals | | | J | T | Buy | 11/11 | J | A | |
| 202. Vertex Pharmaceuticals | | | J | T | Buy | 11/12 | J | A | |
| 203. Vertex Pharmaceuticals | | | J | T | Buy | 11/13 | J | A | |
| 204. Vertex Pharmaceuticals | | | J | T | Buy | 11/18 | J | A | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAYNE, ROBERT E. | 08/13/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **ALL STOCK COMMON STOCK HELD AS OF 12/31/08** | | | | | | | | | |
| 205. Vinci SA | A | Dividend | J | T | Buy | 03/25 | J | | |
| 206. Vinci SA | A | Dividend | J | T | Buy | 08/13 | J | | |
| 207. Vodafone GP PLC | A | Dividend | J | T | Buy | 03/25 | J | | |
| 208. Vodafone GP PLC | A | Dividend | J | T | Buy | 05/20 | J | | |
| 209. Vodafone GP PLC | A | Dividend | J | T | Buy | 10/07 | J | | |
| 210 Wal-Mart Stores Inc | A | Dividend | J | T | | | | | |
| 211. WellPoint Inc | | | J | T | | | | | |
| 212. Wells Fargo | A | Dividend | J | T | Buy | 10/14 | J | | |
| 213. Zurich Fin'l Svcs | A | Dividend | J | T | | | | | |
| 214. Dreyfus Liquid Assets | A | Dividend | J | T | | | | | |
| 215. | | | | | | | | | |
| 216. | | | | | | | | | |
| 217. NOTE: Many holdings have been owned before 2008 but were added to in 2008. Where that occurred, only the 2008 Buy is described in detail. | | | | | | | | | |
| 218 | | | | | | | | | |
| 219 | | | | | | | | | |
| 220. | | | | | | | | | |
| 221 | | | | | | | | | |

1. Income Gain Codes   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2 Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3 Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| PAYNE, ROBERT E. | 08/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div., rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **ALL STOCKS COMMON STOCK SOLD IN 2008** | | | | | | | | | |
| 222. | | | | | | | | | |
| 223 | | | | | | | | | |
| 224. | | | | | | | | | |
| 225. AFLAC Inc | A | Dividend | | | Sold | 04/03 | J | A | |
| 226. AFLAC Inc | A | Dividend | | | Sold | 07/15 | J | A | |
| 227 Air Liquide | | | | | Buy | 06/24 | J | | |
| 228. Air Liquide | | | | | Sold | 12/03 | J | | |
| 229 Air Liquide | | | | | Sold | 12/04 | | | |
| 230. Air Prod & Chem Inc | A | Dividend | | | Sold | 07/25 | J | A | |
| 231 Am Exp Co | A | Dividend | | | Sold | 10/03 | J | A | |
| 232. Am Exp Co | A | Dividend | | | Sold | 10/06 | J | A | |
| 233. Am Intl Gp Inc | A | Dividend | | | Sold | 09/19 | J | | |
| 234. Amgen Inc | A | Dividend | | | Sold | 11/06 | J | | |
| 235. Amgen Inc | A | Dividend | | | Sold | 12/02 | J | | |
| 236 Atlas Copco A B | A | Dividend | | | Sold | 10/16 | J | | |
| 237. BAE Sys PLC | A | Dividend | | | Sold | 04/09 | J | A | |
| 238. BAE Sys PLC | A | Dividend | | | Sold | 04/02 | J | A | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAYNE, ROBERT E. | 08/13/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ALL STOCK COMMON STOCK SOLD IN 2008 | | | | | | | | | |
| 239. BAE Sys PLC | A | Dividend | | | Sold | 02/22 | J | A | |
| 240. BAE Sys PLC | A | Dividend | | | Sold | 03/26 | J | A | |
| 241 Bk NY Mellon Corp | A | Dividend | | | Sold | 10/14 | J | | |
| 242. Bk NY Mellon Corp | A | Dividend | | | Sold | 03/17 | J | | |
| 243. Bk of America Corp | A | Dividend | | | Sold | 06/30 | J | | |
| 244. Bk of America Corp | A | Dividend | | | Sold | 04/11 | J | | |
| 245 Bk of America Corp | A | Dividend | | | Sold | 06/20 | J | | |
| 246. BNP Paribus | A | Dividend | | | Sold | 10/30 | J | | |
| 247. BP PLC | A | Dividend | | | Sold | 10/07 | J | | |
| 248. BP PLC | A | Dividend | | | Sold | 10/08 | J | | |
| 249. BP PLC | A | Dividend | | | Sold | 11/25 | J | | |
| 250. Chubb Corp | A | Dividend | | | Sold | 12/16 | J | A | |
| 251 Chubb Corp | A | Dividend | | | Sold | 03/13 | J | A | |
| 252 Coca-Cola Co | A | Dividend | | | Sold | 12/02 | J | A | |
| 253. Compass Gp PLC | A | Dividend | | | Sold | 02/20 | J | A | |
| 254 Comverse Tech Inc | A | Dividend | | | Sold | 10/20 | J | | |
| 255. Credit Suisse GP | | | | | Sold | 10/21 | J | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAYNE, ROBERT E. | 08/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ALL STOCK COMMON STOCK SOLD IN 2008 | | | | | | | | | |
| 256  CRH PLC | | | | | Sold | 12/17 | J | A | |
| 257  Dell Inc | | | | | Sold | 10/22 | J | | |
| 258  E I. DuPont de Nemours | A | Dividend | | | Sold | 10/21 | J | | |
| 259. Embarq | A | Dividend | | | Sold | 10/28 | J | | |
| 260. Fed Home Ln Mtg Corp | A | Dividend | | | Sold | 02/19 | J | | |
| 261. Fed Home Ln Mtg Corp | A | Dividend | | | Sold | 02/28 | J | | |
| 262. Fed Home Ln Mtg Corp | A | Dividend | | | Sold | 01/22 | J | | |
| 263. France Telecom SA | A | Dividend | | | Sold | 02/19 | J | A | |
| 264. Glaxo Smithkline PLC | A | Dividend | | | Sold | 07/16 | J | | |
| 265. Grant Prideco Inc | A | Dividend | | | Sold | 04/22 | J | A | |
| 266. HBOS PLC | A | Dividend | | | Sold | 10/02 | J | | |
| 267. HBOS PLC | A | Dividend | | | Sold | 06/19 | J | | |
| 268. HBOS PLC | A | Dividend | | | Sold | 10/09 | J | | |
| 269. HBOS PLC | A | Dividend | | | Sold | 10/07 | J | | |
| 270. IAC Interactive Corp | A | Dividend | | | Sold | 05/29 | J | | |
| 271  Johnson & Johnson | A | Dividend | | | Sold | 10/29 | J | | |
| 272  Lehman Bros Hldgs | | | | | Buy | 02/19 | J | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAYNE, ROBERT E. | 08/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ALL STOCK COMMON STOCK SOLD IN 2008 | | | | | | | | | |
| 273  Lehman Bros Hldgs | | | | | Buy | 03/14 | J | | |
| 274  Lehman Bros Hldgs | | | | | Buy | 09/15 | J | | |
| 275.  Liberty Media Corp | A | Dividend | | | Sold | 11/21 | J | | |
| 276.  Loew's Corp | A | Dividend | | | Sold | 10/02 | J | | |
| 277.  Loew's Corp | A | Dividend | | | Sold | 10/15 | J | | |
| 278.  Manulife Finl Corp | A | Dividend | | | Sold | 03/25 | J | A | |
| 279.  Marsh & McLennan Cos | A | Dividend | | | Sold | 02/11 | J | | |
| 280.  McDonalds Corp | A | Dividend | | | Sold | 07/21 | J | A | |
| 281.  Merrill Lynch & Co | A | Dividend | | | Sold | 09/15 | J | A | |
| 282.  Microsoft Corp | A | Dividend | | | Sold | 10/23 | J | | |
| 283.  Microsoft Corp | A | Dividend | | | Sold | 01/09 | J | A | |
| 284.  Milleneum Pharm Inc | A | Dividend | | | Sold | 04/11 | J | B | |
| 285  Milleneum Pharm Inc | A | Dividend | | | Sold | 04/10 | J | C | |
| 286  Natl Oilwell Varco Inc | A | Dividend | | | Sold | 04/22 | J | A | |
| 287.  News Corp | A | Dividend | | | Sold | 06/17 | J | A | |
| 288  Nokia Corp | A | Dividend | | | Sold | 03/19 | J | B | |
| 289.  Precision Drilling | A | Dividend | | | Sold | 06/20 | J | A | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAYNE, ROBERT E. | 08/13/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ALL STOCK COMMON STOCK SOLD IN 2008 | | | | | | | | | |
| 290.  Precision Drilling | A | Dividend | | | Sold | 02/19 | J | | |
| 291.  Precision Drilling | A | Dividend | | | Sold | 03/26 | J | | |
| 292.  Publicis GP | A | Dividend | | | Sold | 06/24 | J | | |
| 293   Publicis GP | A | Dividend | | | Sold | 03/11 | J | | |
| 294.  Publicis GP | A | Dividend | | | Sold | 03/25 | J | | |
| 295   Reed Elsevier | | | | | Sold | 01/07 | J | | |
| 296.  Royal Bk Scotland GP | A | Dividend | | | Sold | 09/22 | J | | |
| 297.  Royal Bk Scotland GP | A | Dividend | | | Sold | 11/07 | J | | |
| 298.  Royal Dutch Shell PLC | A | Dividend | | | Sold | 02/19 | J | A | |
| 299.  Sempra Energy | A | Dividend | | | Sold | 09/16 | J | A | |
| 300.  Shinhan Finl GP | | | | | Sold | 07/16 | J | A | |
| 301   Sprint Nextel | A | Dividend | | | Sold | 12/10 | J | | |
| 302. | | | | | | | | | |
| 303. | | | | | | | | | |
| 304 | | | | | | | | | |
| 305. | | | | | | | | | |
| 306 | | | | | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## ATTACHMENT VII B

This is a self-directed IRA (49) at Smith Barney, the capital of which all came from a cash transfer from the IRA account described in ATTACHMENT VII A.

| Name of Person Reporting | Date of Report |
|---|---|
| PAYNE, ROBERT E. | 08/13/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g , div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ALL STOCKS COMMON OR FUNDS – STOCKS/FUNDS HELD AS OF 12/31/08 | | | | | | | | | |
| 307. Western Asset Money Market Fund | A | Interest | L | T | | | | | |
| 308. Citibank NA Bk Deposits Prog | A | Interest | K | T | | | | | |
| 309 Allstate Corp | A | Dividend | J | T | | | | | |
| 310. Wachovia Corp | A | Dividend | J | T | | | | | |
| 311. | | | | | | | | | |
| 312 | | | | | | | | | |
| 313 | | | | | | | | | |
| 314 | | | | | | | | | |
| 315 | | | | | | | | | |
| 316. | | | | | | | | | |
| 317. | | | | | | | | | |
| 318 | | | | | | | | | |
| 319. | | | | | | | | | |
| 320 | | | | | | | | | |
| 321 | | | | | | | | | |
| 322 | | | | | | | | | |
| 323 | | | | | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

**ATTACHMENT VII C**

In 1987, while a member of McGuire, Woods, Battle & Boothe, now McGuireWoods (the "Law Firm"), I, like all other equity partners then in the Law Firm, became a limited partner in Ninth & Cary Associates Limited Partnership ("NCA"), a Virginia limited partnership. NCA was a limited partner in One James Center Associates, a Virginia limited partnership that owned the office building in Richmond, Virginia known as "One James Center" and its associated parking deck.

I never had any participation in the management of NCA. My ownership share as of December 31, 2008 was 1.26%. That share is expected to decrease over time because of my withdrawal from the Law Firm. It is not possible to affix a value to this inchoate interest in NCA.

In 2005, One James Center Associates sold the building. In 2008, I received a distribution of income (Code C) from NCA which was paid from payments made by the Law Firm on its debt for furnishings financed in 1999 by NCA pursuant to a Tax Exempt Adjustable Mode Industrial Refunding Development Bond.

## ATTACHMENT VII D

This is ███████ managed IRA account which has in the past been reported as American Funds Euro-Pacific Fund and which the manager has reallocated to the several funds listed on the attached pages.

| Name of Person Reporting | Date of Report |
|---|---|
| PAYNE, ROBERT E. | 08/13/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ALL STOCKS COMMON OR FUNDS - STOCKS/FUNDS HELD AS OF 12/31/08 | | | | | | | | | |
| 324. American Century Intl Bond | A | Interest | J | T | | | | | |
| 325. Davis NY Venture Fund | A | Dividend | J | T | | | | | |
| 326. Delaware Intl Value Equity Fd | A | Interest | J | T | | | | | |
| 327 Dreyfus Emerging Mkts Fund | B | Dividend | J | T | | | | | |
| 328. Europacific Growth Fd | A | Dividend | J | T | | | | | |
| 329. Growth Fund of Am | A | Dividend | J | T | | | | | |
| 330 Legg Mason Growth Tr | | | J | T | | | | | |
| 331. Western Asset Govt Monkey Mkt Ex Fund | | | J | T | | | | | |
| 332. RS Smaller Co Growth Fund | | | J | T | | | | | |
| 333. T. Rowe Price Eq Inc. Fund | A | Dividend | J | T | | | | | |
| 334. Royce Premier Fund | A | Dividend | J | T | | | | | |
| 335 Western Asset Core Plus Portfollio | A | Dividend | J | U | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAYNE, ROBERT E. | 08/13/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| PAYNE, ROBERT E. | 08/13/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544